UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**FILED**
JAMES J. VILT, JR. - CLERK

FEB 2 6 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**ROBERT THOMAS HUNT**

INFORMATION

NO. 1:25-CR-10-GNS

18 U.S.C. § 2
18 U.S.C. § 1014
18 U.S.C. § 982(a)(2)

The United States Attorney Charges:

COUNT 1
(*Crop Insurance Fraud*)

On or about and between October 15, 2014, and January 15, 2022, in the Western District of Kentucky, Taylor County, Kentucky, and elsewhere, the defendant, **ROBERT THOMAS HUNT**, aided and abetted by others, knowingly made false statements and reports on applications for insurance for the purpose of influencing the actions of the Federal Crop Insurance Corporation.

In violation of Title 18, United States Code, Sections 2 and 1014.

NOTICE OF FORFEITURE

Upon conviction of the offense in violation of Title 18, United States Code, Section 1014, as set forth in this Information, the defendant, **ROBERT THOMAS HUNT**, pursuant to Title 18, United States Code, Section 982(a)(2), shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, as the result of this offense.

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:DW:02/19/2025

UNITED STATES OF AMERICA v. **ROBERT THOMAS HUNT**

## PENALTIES

Count 1:        NM 30 yrs./$1,000,000/both/NM 5 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | |
|---|---|---|
| Misdemeanor: | $ 25 per count/individual | |
| | $125 per count/other | |
| Felony: | $100 per count/individual | |
| | $400 per count/other | |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1.   **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

     For offenses occurring after December 12, 1987:

     No **INTEREST** will accrue on fines under $2,500.00.

     **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

     **PENALTIES** of:

     10% of fine balance if payment more than 30 days late.

     15% of fine balance if payment more than 90 days late.

2.   Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.   Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

     If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

**RESTITUTION**

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

**APPEAL**

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.     That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.     Give bond for payment thereof.

18 U.S.C. § 3572(g)

**PAYMENTS**

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY 40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY 42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY 42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY 42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.